LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                                                          FAX (212) 964-2926

December 20, 2019

Hon. Jesse M. Furman
United States District Court
40 Foley Square
New York, N.Y. 10007
*via email*

        Re: United States v. Jian Feng Jiang,
         AKA Jian Jiang Feng, 19 Cr. 39 (JMF)

Your Honor,

  I write to advise the Court that the government has provided my client, Mr. Jiang, with a written plea agreement and I have advised A.U.S.A. Elizabeth Espinosa that Mr. Jiang intends to enter a guilty plea. We have not requested a date for the plea due to my work schedule and the holidays. However, for planning purposes, the Court should be aware that I anticipate that Mr. Jiang will be entering a plea during the first full week in January, 2020.

           Respectfully,

           *Lisa Scolari*

           Lisa Scolari

cc: Elizabeth Espinosa, Esq., via email