

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2020

**By ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States* v. *Jian Jiang Feng, a/k/a Jianfeng Jiang*, S2 19 Cr. 39 (JMF)

Dear Judge Furman,

      The Government writes in response to the Court's June 22, 2020 Order regarding the defendant's sentencing, currently scheduled for July 8, 2020. The parties have conferred and do not think that the sentencing should be conducted by video- or teleconference; therefore the parties respectfully request that the Court adjourn the sentencing until late September 2020, in hopes that an in-person sentencing will be possible at that time.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney
      Southern District of New York

      Elizabeth Espinosa
      Assistant United States Attorney
      (212) 637-2216
      (347) 271-1440

cc:    Lisa Scolari, Esq., *counsel for defendant Jian Jiang Feng, a/k/a "Jianfeng Jiang"*