**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                          FAX (212) 964-2926

September 14, 2020

Hon. Jesse M. Furman
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: United States v. Jian Jiang Feng,
19 Cr. 39  (JMF)

Your Honor,

   I write to request an adjournment of Jian Jiang Feng's  sentencing, which is currently scheduled for September 29, 2020 in light of the covid-19 crisis.
   The government, by Elizabeth Espinosa, Esq., consents to this application. Therefore, I request that the Court adjourn the sentence to a date in December, 2020, other than December 3, 2020.

Respectfully,

*Lisa Scolari*

Lisa Scolari

Application GRANTED. Sentencing is hereby ADJOURNED to December 9, 2020, at 2:30 p.m. The Clerk of Court is directed to terminate Doc. #216.

SO ORDERED:

_____
Hon. Jesse M. Furman
September 14, 2020