**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                                                         FAX (212) 964-2926

November 23, 2020

Hon. Jesse M. Furman
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: United States v. Jian Jiang Feng,
19 Cr. 39  (JMF)

Your Honor,

     I write on behalf of both parties pursuant to the Court's November 23, 2020 Order. The parties agree that Jian Jiang Feng' sentencing, currently scheduled for December 9, 2020, should be adjourned due to the covid-19 crisis.
     Therefore, we request that the Court adjourn the sentence to a date in late March or early April,  2021 convenient to the Court. The government, by Elizabeth Espinosa, Esq., joins this application.

Respectfully,

*Lisa Scolari*

Lisa Scolari

Application GRANTED. Sentencing is hereby adjourned to March 24, 2021, at 3:00 p.m. The Clerk of Court is directed to terminate Doc. #227.

SO ORDERED:

_____
Hon. Jesse M. Furman

November 23, 2020