**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                    FAX (212) 964-2926

March 9, 2021

Hon. Jesse M. Furman
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: United States v. Jian Jiang Feng,
19 Cr. 39  (JMF)

Your Honor,

      I write on behalf of Jian Jiang Feng , with the consent of the government by Elizabeth Espinosa, Esq.,  to request an adjournment of Jian Jiang Feng' sentencing, currently scheduled for March 24, 2021 due to the covid-19 crisis.

      As Mr. Jiang wishes to be sentenced during an in-person proceeding, I  request that the Court adjourn the sentence to a date in June,  2021 convenient to the Court.

Respectfully,

*Lisa Scolari*

Lisa Scolari

Application GRANTED. Sentencing is ADJOURNED to June 15, 2021, at 3:00 p.m. The Clerk of Court is directed to terminate Doc. #230.

SO ORDERED:

_____
Hon. Jesse M. Furman
March 9, 2021